## Commonwealth *v.* Nichols, Appellant.

Submitted September 14, 1970. *Michael L. Levy* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.